STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant RAYBOURN

ORIGINAL

FILED

APR 24 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM RAYBOURN,<br><br>Defendant. | No. CR 13-226 CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING IN-DISTRICT BOND CONDITIONS**<br><br>Court: The Honorable Laurel Beeler |

The parties hereby stipulate and agree as follows:

1. Defendant Adam Raybourn hereby requests a modification his bond conditions for the purpose of work. He is currently employed in the wine delivery business in Napa and his responsibilities entail driving trucks to Sacramento and the surrounding areas;

2. Defendant Adam Reybourn thus requests this Court to modify the bond condition requiring him to remain in the Northern District of California, to allow for travel to the Eastern District of California.;

3. United States Pretrial Services Officer Allen Lew has been consulted regarding this stipulation. He has no objection to the proposed modification extending the

travel restriction to the Eastern District of California;

4. The government has also been consulted about this request. As indicated by the signature below, there is no opposition to the proposed modification.

IT IS SO STIPULATED.

Dated: April 18, 2013

/S/
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: April 18, 2013

/S/
PHILIP KEARNEY
ASSISTANT UNITED STATES ATTORNEY

**[~~PROPOSED~~] ORDER**

For the reasons set forth above, the bond conditions of Adam Raybourn are hereby modified as follows:

1. The condition requiring the defendant to remain in the Northern District of California is hereby MODIFIED to include and allow travel within the Eastern District of California.

**IT IS SO ORDERED.**

DATED: 4/24/13

~~THE HONORABLE LAUREL BEELER~~
UNITED STATES MAGISTRATE JUDGE
Nandor J. Vadas
United States Magistrate Judge